1  KINDRA DENEAU (State Bar No. 024156)
2  7135 East Camelback Rd., Suite 230
   Scottsdale, Arizona 85251
3  Telephone:  (480) 306-5977
4  Facsimile:  (602) 626-3504
   kdeneau@lemberglaw.com
5

6  *Of Counsel to*
   Lemberg & Associates LLC
7  A Connecticut Law Firm
8  1100 Summer Street
   Stamford, CT  06905
9  Telephone:  (203) 653-2250
10 Facsimile:  (203) 653-3424

11 Attorneys for Plaintiff,
12 Alvaro Mendoza

13
                    UNITED STATES DISTRICT COURT
14
                    FOR THE DISTRICT OF ARIZONA
15

16 | Alvaro Mendoza,                        | Case No.:  CV 11-1894-PHX-NVW
17 |                                        |
   |           Plaintiff,                   |
18 |                                        | **NOTICE OF DISMISSAL**
19 |     vs.                                |
20 | CMI Group; and DOES 1-10, inclusive,   |
21 |                                        |
   |           Defendants.                  |
22

# NOTICE OF DISMISSAL

Alvaro Mendoza ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

LEMBERG & ASSOCIATES, LLC

 /s/ Kindra Deneau
KINDRA DENEAU

Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On October 21, 2011, I served a true copy of foregoing document(s): **NOTICE OF DISMISSAL**.

**BY ELECTRONIC FILING:** I hereby certify that on October 21, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Christopher Meier, Esq.
The CMI Group
4200 International Parkway
Carrollton, TX 75007-1906
**Defendant CMI Group**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

| | |
|---|---|
| 1 | Executed on October 21, 2011. |
| 2 | |
| 3 |                      */s/ Joshua Markovits* |
| 4 |                      JOSHUA MARKOVITS |

Executed on October 21, 2011.

                                          */s/ Joshua Markovits*
                                          JOSHUA MARKOVITS
                                          Paralegal to Kindra Deneau

4